UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONTEGO EL XAYMAKALI BEY,
Plaintiff,

v.  Case No: 6:17-cv-2144-Orl-18DCI

PETER MCINTYRE, TRICIA LAVERNE
GUMBS, JEFFERY L. ASHTON and
TIMOTHY EVANS,
Defendants.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff's Motion for Extension of Time for Service (the "Motion") (Doc. 47), filed on September 5, 2018. (*Id.* at 1.) On September 18, 2018, the United States Magistrate Judge entered a Report and Recommendation (Doc. 52) recommending that the Motion be denied and that Plaintiff's Complaint (Doc. 1) be dismissed as to Defendants Jeffery L. Ashton and Tricia Laverne Gumbs. (*Id.* at 3.) The Court reviewed the Report and Recommendation (Doc. 52) and notes that no timely objections have been filed. Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 52) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review. Plaintiff's Motion for Extension of Time for Service (Doc. 47) is **DENIED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED** as to Defendants Jeffery L. Ashton and Tricia Laverne Gumbs, who shall be **TERMINATED** as parties to this action. Further, Plaintiff's request to add new defendants in this case is **DENIED** based on Plaintiff's failure to comply with Local Rule 3.01 (a).

**DONE and ORDERED** in Orlando, Florida, this 17 day of October, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record, Unrepresented Parties